IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>PLAINTIFF )<br>v. )<br>)<br>NATHANIEL LEE BALLARD )<br>)<br>DEFENDANT )<br>) | Criminal Action No. 4:25cr-00003-GNS<br>JUDGE GREG N. STIVERS |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Federal Rules of Criminal Procedure, and has entered a plea of **GUILTY** to Count One of the Single-Count Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I, therefore, recommend that the plea of **GUILTY** be accepted and that the Defendant be adjudged **GUILTY** and have sentence imposed accordingly.

ENTERED this January 21, 2026

*H. Brent Brennenstuhl*
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

## NOTICE

Failure to file written objections to this Report and Recommendation within (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).

Date of Service: January 21, 2026

H. Brent Brennenstuhl
United States Magistrate Judge

Copies to:  Counsel of Record
            US Marshal
            US Probation
            Traci Duff, Case Manager